AO 106 (Rev. 04/10) Application for a Search Warrant

**FILED**
U.S. District Court
District of Kansas

## UNITED STATES DISTRICT COURT
for the

District of Kansas

MAY 7 2026

Clerk, U.S. District Court
By_____Deputy Clerk

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

Deoxyribonucleic acid (DNA) from the person of KEVIN BUGGS, through the use of oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

}
}
}
}
}

Case No. 26-6115-GEB

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Deoxyribonucleic acid (DNA) from the person of KEVIN BUGGS, through the use of oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing.

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Possession of a firearm, by a prohibited person |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of_____days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO VINCENT M. REEL, Bureau of ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/07/2026  @ 11:04 am

_____
*Judge's signature*

City and state: Wichita, Kansas

HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Vincent M. Reel, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Detective with the Wichita Police Department (WPD) currently assigned as a Task Force Officer (TFO) to the Wichita office of the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF). I have been a law enforcement officer with the Wichita Police Department since March of 2010.  During my time with the Wichita Police Department, I was assigned to Patrol South with the Wichita Police Department, then worked for three years in the Patrol East, Special Community Action Team, (SCAT). While in SCAT, I conducted investigations, prepared and executed search warrants, made arrests and interviewed suspects and witnesses in narcotics, gangs, and violent crime cases. In 2017, I was selected to be a part of the Violent Crime Task Force, which investigated violent crimes, gangs, and narcotics trafficking. In 2018, I was selected to be a part of the Special Investigations Bureau Community Response Team (SIB/CRT). The SIB/CRT team investigated narcotics cases responding to several narcotics complaints and serving hundreds of search warrants involving drug trafficking. I am currently assigned to the Wichita Police Department's Major Crimes section, and I am a Task Force Officer with the Bureau of Alcohol, Tobacco Firearms and Explosives where I investigate violations of the firearms laws, violent crimes, violent criminals, illegal narcotics trafficking. I have conducted thousands of interviews of suspects and witnesses, written and executed state and federal search warrants, including warrants on cellular telephones, and written and executed state and federal arrest warrants.

2.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## DESCRIPTION OF PROPERTY TO BE SEIZED

3.      This affidavit is submitted in support of an application to obtain a search warrant authorizing the collection of deoxyribonucleic acid (DNA) samples from Kevin Buggs (03/30/1970), by collecting oral buccal samples according to the standard practices and procedures employed by the Regional Forensic Science Center for DNA testing. As set forth below, I believe, and there is probable cause to believe, that these DNA samples and photos may constitute evidence of the criminal act of criminal possession of a firearm, under 18 U.S.C 922g.

## PROBABLE CAUSE

4.      On February 9, 2026, a KDOC (Kansas Department of Corrections) Parole Officer (PO) assigned to subject and parolee, Kevin Buggs, submitted a KDOC Parole search request for Kevin Buggs.  Kevin Buggs was on Kansas State Parole for aggravated domestic violence battery and reported living at 2104 N. Wellington Place Apartment 6 in Wichita, Sedgwick County, Kansas. Kevin Bugg's PO had received information that Kevin Buggs may be selling narcotics and may be a suspect in a shooting in Wichita, Kansas.

5.      On February 13, 2026, Kevin Buggs reported to the Parole Office at 212 S. Market Wichita, Kansas, and made contact with his assigned PO, along with two other KDOC officers.  Kevin Buggs confirmed his address was 2104 N. Wellington Place Apartment 6

2

Wichita, Kansas. KDOC officers and asked if it was okay if they searched Bugg's residence. Kevin Buggs agreed and asked for a ride back to his residence for the search. KDOC officers gave Kevin Buggs a ride back to his residence where the search took place—2104 N. Wellington Place Apartment 6 Wichita, Kansas.

6. Kevin Buggs told one of the officers that a male has been staying with him, but that he did not remember the male's name.

7. KDOC officers knocked on the door of 2104 N. Wellington Place Apt 6 and no one answered. KDOC officers then opened the unlocked door, cleared the one-bedroom apartment, and found no one inside.

8. KDOC officers observed a glass narcotic smoking pipe on the night-stand next to the bed and a live 9mm bullet. Kevin Buggs was then placed into custody. KDOC officers looked under a pillow on the bedroom mattress and located a 9mm Hi-Point firearm.

9. KDOC officers also located a KDOC identification card in the apartment room. This identification card contained Kevin Buggs' name and photograph.

10. KDOC officers conducted a search of Kevin BUGGS phone and observed, on the phone, a photograph depicting the wrist of a black male holding a Hi-Point firearm in what appeared to be that same apartment.

11. WPD TFO Wiles arrived on scene and seized the firearm and evidence located in the apartment. Officer Wiles submitted the firearm for latent prints and DNA testing.

3

12.    I was assigned the case and wrote a search warrant for Kevin Buggs' cell phone through the 18th Judicial District Court due to the photograph that was seen by KDOC officers along with the fact that the phone possibly had information related to the shooting case referenced above.  ATF Task Force Detective Reel was granted a search warrant, and the phone was examined. There was very little information on the phone.

13.    The phone did contain the photograph observed by KDOC officers. This photograph appeared to have been captured by the phone on February 3, 2026. I determined the photograph was taken inside Bugg's apartment, but that it was not Kevin Buggs holding the firearm because a male with a wrist tattoo was holding the firearm and according the KDOC, Kevin Buggs does not have a matching tattoo on his wrist. Based on the angle of the photograph and the fact that it was found on Bugg's phone, the photograph is consistent with Bugg's being the person who took the photograph.

14.    I sent the DNA swabs off to the R.F.S.C. (Regional Forensic Science Center). The R.F.S.C. located a profile on the DNA swabs from the firearm.

15.    I am requesting a warrant to swab Kevin Buggs for his known DNA. I will submit those swabs to the R.F.S.C. to compare against the DNA profile located on the firearm. I believe Kevin Buggs possessed the firearm since the firearm was located in his apartment room, on his bed, and under his pillow.

16.    On February 4, 2020, Kevin Buggs was convicted in the 18th Judicial District Court for aggravated domestic battery, 21-5414(b)(1)(c)(2) and misdemeanor domestic battery

4

21-5414(a)(2)(c)(1)(A). Kevin Buggs was sent to Kansas Department of Corrections and placed on parole with a discharge date of February 19, 2026. I know that based on, at least, this prior conviction, Kevin Buggs is federally prohibited from legally possessing a firearm.

## CONCLUSION

17.    I submit that this affidavit supports probable cause for a search warrant authorizing the collection of DNA of Kevin Buggs.

VINCENT M. REEL
Task Force Officer
Bureau of Alcohol, Tobacco Firearms and Explosives

Sworn to before me this 7th day of May, 2026.

HONORABLE GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS

5

## ATTACHMENT A

(Place/Person to be Searched)

The Person Kevin Buggs, a male, approximately 5'9 in height, with brown eyes, and a date of birth of, 03/30/1970, depicted in the photo below.



6

## ATTACHMENT B

Evidence of violations of criminal possession of a firearm, Title 18 United States Code 922G, specifically: Deoxyribonucleic acid (DNA) from the person of Kevin Buggs (DOB: 03/30/1970) through the use of oral buccal samples according to the standard practices and procedures employed by Regional Forensic Science Center for testing.

7